IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMAR DAVIS,** | : | CIVIL ACTION NO. 1:23-CV-459 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **FEDERAL BUREAU OF PRISONS,** *et al.* | : | |
| Defendants | : | |

# ORDER

AND NOW, this 25th day of August, 2023, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. This case is DISMISSED without further leave to amend pursuant to 28 U.S.C. § 1915A.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania